confirm denied, without costs. We deem the entire proceeding, including the order of reference, extra-judicial. The appeal from order denying motion to vacate is dismissed as academic in view of the decision on the appeal from the order confirming the report of the referee. All concur.

In the Matter of the Application of DUTCHER BROTHERS, Attorneys for the Plaintiff, Respondents, to Determine and Enforce the Lien of Said Attorneys for Services Rendered to Plaintiff in an Action Entitled MARY RUDY, Appellant, v. JAMES RUDY, Defendant.— Order reversed on the law, with ten dollars costs and disbursements, and proceeding dismissed, with ten dollars costs. The proceeding to determine and enforce the petitioners' lien as attorneys for the plaintiff under section 475 of the Judiciary Law is confined to a lien for services in the particular action or special proceeding in which the lien is claimed. In this case, therefore, the proceeding can have no relation to services rendered in the extra-judicial proceeding or informal arbitration as to the interests of the parties in property award jointly or in common nor to services rendered in matters wholly unconnected with the separation action. Further, inasmuch as the petitioners make no claim for services in the separation case itself and the judgment entered has no pecuniary value, no basis for this proceeding is shown. (*Ekelman* v. *Marano*, 251 N. Y. 173; *Matter of Sebring*, 238 App. Div. 281.) All concur.

JAMES J. BRESNAHAN, INC., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 21809.) — Judgment affirmed, with costs. All concur.

CLARA L. VOORHEES, Respondent, v. CLARENCE J. LEONARD, Defendant, and UNION TRUST COMPANY OF INDIANAPOLIS, INDIANA, as Executor, etc., of MARY GARRETT, Deceased, Appellant.— Judgment and order affirmed, with costs. All concur, except Lewis, J., who dissents and votes for reversal on the facts and for granting a new trial on the ground that the verdict is excessive.

In the Matter of the Judicial Settlement of the Accounts of ALICE M. O'DONNELL, as Administratrix etc., of JAMES M. O'DONNELL, Deceased.— Decree affirmed, with costs. All concur. [147 Misc. 373.]

ROSE HARVEY, as Limited Administratrix, etc., of JOHN W. HARVEY, Deceased, Appellant, v. VERA WILSON, Respondent.— Judgment and order affirmed, with costs. All concur.

ROSE HARVEY, Appellant, v. VERA WILSON, Respondent.— Judgment and order affirmed, with costs. All concur.

WILLIAM M. BROWNE, Respondent, v. JOSEPH BACHETTI, Appellant.— Judgr— ; affirmed, with costs. All concur.

LAURA C. WILSON, Plaintiff, v. A. EDWARD KRIEGER and Others, as Trustees Representing the Waiving Depositors of the FIRST NATIONAL BANK OF SALAMANCA, N. Y., Defendants.— Submitted controversy determined in favor of the plaintiff, with costs. All concur.

FRED GERBER, Appellant, Respondent, v. SCHINE CHAIN THEATRES, INC., Respondent, Appellant.— Order so far as appealed from by plaintiff affirmed, with costs to the defendant. The appeal of the defendant is dismissed, without costs, on the ground that the order denying motion for a nonsuit and direction is not appealable. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROYAL DEVELOPMENT COMPANY and Others, Respondents. ARTHUR KILLIAN, Appellant, and Others,